UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BEHREND,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO ZEN CENTER, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-01905-JSC<br><br>**SCREENING ORDER PURSUANT TO 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 1 |

Plaintiff, proceeding without representation by a lawyer, filed this complaint on March 17, 2021. (Dkt. No. 1.) The Court subsequently granted Plaintiff's Application to Proceed In Forma Pauperis. (Dkt. No. 5.) Having conducted a review of the complaint pursuant to 28 U.S.C. § 1915, the Court directs the Clerk of Court to issue the summons. Further, the U.S. Marshal or the Clerk's Office for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, plaintiff's affidavit and this order upon the defendant(s).

As Plaintiff is proceeding without counsel, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for free assistance regarding his claims.

**IT IS SO ORDERED.**

Dated: June 23, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge