UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXANDER BEHREND, | Case No. 21-cv-01905-JSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR INABILITY TO SERVE** |
| SAN FRANCISCO ZEN CENTER, INC., et al., | |
| Defendants. | Re: Dkt. No. 13 |

On June 23, 2021, the Court completed review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915, (Dkt. No. 9), and directed the U.S. Marshal or the Clerk's Office for the Northern District of California to serve a copy of the complaint and all related documents upon Defendants. *See* Fed. R. Civ. P. 4(c)(3). On July 29, 2021, the U.S. Marshal returned the summons unexecuted as to all four Defendants. (Dkt. No. 13.) The return of service indicated that Defendants could not be served at the address provided by Plaintiff. An internet search suggests that Defendants may be closed due to COVID-19.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed *without prejudice* for inability to serve. *See* Fed. R. Civ. P. 4(m). Plaintiff shall show cause in writing on or before August 23, 2021. Plaintiff is warned that his failure to do so may result in a report and recommendation that his complaint be dismissed *without prejudice*.

The Court encourages Plaintiff to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. In light of the ongoing COVID-19 pandemic, Plaintiff should make a telephone appointment by calling (415) 782-8982. The website for the Northern District of California also has information for litigants who are not represented by counsel.

The Case Management Conference scheduled for August 12, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: August 9, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge