[Submitting counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEXANDER BEHREND,<br><br>           Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO ZEN CENTER, INC.; SAN FRANCISCO EVERYDAY, INC.; SAN FRANCISCO THIRD WAY, INC.; THE ZEN FOUNDATION,<br><br>           Defendants. | Case No. 3:21-cv-01905-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Jacqueline Scott Corley |

The Parties jointly submit the following stipulation to extend the briefing schedule for summary judgment.

WHEREAS, on May 4, 2022, the Court entered an order setting the following briefing schedule related to summary judgment.

| | |
|---|---|
| Motion for Summary Judgment— Ministerial Exception (20-page limit) | November 18, 2022 |
| Opposition to Summary Judgment— Ministerial Exception (20-page limit) | December 16, 2022 |
| Reply in support of Summary Judgment— Ministerial Exception (10-page limit) | January 6, 2023 |
| Hearing on Motion for Summary Judgment— Ministerial Exception | February 2, 2023 via Zoom |

WHEREAS, the attorney with principal responsibility for drafting Plaintiff's opposition to summary judgment has a class certification brief due in another matter in front of this Court on December 16, 2022;

WHEREAS; the briefing schedule runs over the Holidays;

WHEREAS; this is the first extension sought to the case schedule;

WHEREAS; this extension will have no other effect on the schedule for the case;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that good cause exists to request that the Court enter an order granting the following minor extension to the briefing schedule for summary judgment:

| | |
|---|---|
| Motion for Summary Judgment— Ministerial Exception (20-page limit) | November 23, 2022 |
| Opposition to Summary Judgment— Ministerial Exception (20-page limit) | December 21, 2022 |
| Reply in support of Summary Judgment— Ministerial Exception (10-page limit) | January 11, 2023 |
| Hearing on Motion for Summary Judgment— Ministerial Exception | February 2, 2023 via Zoom, or at another date convenient for the Court |

**IT IS SO STIPULATED.**

DATED: November 16, 2022                                By: /s/ *Kyle P. Quackenbush*

                                                Kyle P. Quackenbush (SBN 322401)
                                                Mikaela M. Bock (SBN 335089)
                                                Scott Grzenczyk (SBN 279309)
                                                **GIRARD SHARP LLP**
                                                601 California Street, Suite 1400
                                                San Francisco, CA 94108
                                                Telephone: (415) 981-4800
                                                Facsimile: (415) 981-4846
                                                kquackenbush@girardsharp.com
                                                mbock@girardsharp.com
                                                scottg@girardsharp.com

                                                *Attorneys for Plaintiff Alexander Behrend*

DATED:  November 16, 2022                              By: /s/ *Sara Alexis Levine Abarbanel*

                                                Eileen R. Ridley (SBN 151735)
                                                **FOLEY & LARDNER LLP**
                                                555 California St., Suite 1700
                                                San Francisco, CA 94104-1520
                                                Telephone: (415) 434-4484
                                                eridley@foley.com

                                                      -and-

                                                Sara Alexis Levine Abarbanel (SBN 324045)
                                                **FOLEY & LARDNER LLP**
                                                11988 El Camino Real, Suite 400
                                                San Diego, CA 92130-2594
                                                Telephone: (858) 847-6700
                                                sabarbanel@foley.com

                                                *Attorneys for Defendants San Francisco Zen Center, Inc.; San Francisco Everyday, Inc.; San Francisco Third Way, Inc.; and The Zen Foundation*

-3-

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
Case No. 3:21-cv-01905-JSC

## FILER'S ATTESTATION

I, Kyle P. Quackenbush, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

DATED: November 16, 2022              */s/ Kyle P. Quackenbush*
                                      _____
                                      Kyle P. Quackenbush

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

DATED: November 16, 2022              */s/ Kyle P. Quackenbush*
                                      _____
                                      Kyle P. Quackenbush

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____         _____
                                      HON. JACQUELINE S. CORLEY
                                      UNITED STATES DISTRICT JUDGE