# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **3:21-cv-01905**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **03/17/2021**

Date of judgment or order you are appealing: **02/14/2023**

Docket entry number of judgment or order you are appealing: **71**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Alexander Behrend

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number? 

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number? 

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *Kyle Quackenbush*   Date: 3/15/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Alexander Behrend |

Name(s) of counsel (if any):
| |
|---|
| Kyle Paul Quackenbush |

Address: 601 California St., Suite 1400, San Francisco, CA 94108

Telephone number(s): (415) 544-6161

Email(s): kquackenbush@girardsharp.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| San Francisco Zen Center, Inc. |

Name(s) of counsel (if any):
| |
|---|
| Eileen Regina Ridley |

Address: 555 California Street, Suite 1700, San Francisco, CA 94104

Telephone number(s): (415) 434-4484

Email(s): eridley@foley.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                      1                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*